UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | Case NO. 20-11085 |
| KENYETTA JERELLE LONG | Chapter 7 |
|    Debtor | Judge Meredith S. Grabill |
| | |
| LOUISIANA WORKFORCE COMMISSION | |
|    Plaintiff | |
| VS. | |
| KENYETTA JERELLE LONG | Adv. No. 20-01052 |
|    Defendant | |

## **ORDER**

CONSIDERING the foregoing Motion for Extension of Time to File Responsive Pleadings **(ECF Doc. 4)** filed herein by Kenyetta Jerelle Long, debtor herein;

**IT IS HEREBY ORDERED** that the debtor, Kenyetta Jerelle Long, is granted an additional thirty days to file responsive pleadings herein.

**IT IS FURTHER ORDERED** that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, September 14, 2020.

                                                  MEREDITH S. GRABILL
                                                UNITED STATES BANKRUPTCY JUDGE

**Southeast Louisiana Legal Services**
**By: Andrea M. Jeanmarie**
401 Whitney Avenue, Suite 520
Harvey, Louisiana 70056
Telephone: (504) 374-0977
Fax: (504) 374-0991