**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-11085 |
| KENYETTA JARELLE LONG | § | |
| *Debtor* | § | Chapter 7 |
| | § | Judge Meredith S. Grabill |
| | § | |
| LOUISIANA WORKFORCE COMMISSION | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | Adv. No. 20-01052 |
| | § | |
| KENYETTA JARELLE LONG | § | |
| *Defendant* | § | |

## NOTICE OF HEARING ON PLAINTIFF'S UNOPPOSED MOTION FOR STATUS CONFERENCE

**NOTICE IS HEREBY GIVEN OF A HEARING ON THE FOLLOWING MOTION:**

| | |
|---|---|
| TITLE OF MOTION: | Plaintiff's Unopposed Motion for Status Conference |
| Moving Party: | Creditor, Louisiana Workforce Commission |
| Date and Time of Hearing: | December 16, 2020 at 1:00 p.m. |
| **Response Deadline:** | November 26, 2020 |
| Place of Hearing: | United States Bankruptcy Court, 500 Poydras St., Courtroom B-709, New Orleans, LA 70130. **Telephonic Hearings: Dial in Telephonic Number 888-684-8852 Access Code: 9318283.** |
| Purpose of Hearing: | To consider and rule on said Motion and any objections filed thereto. |

**PLEASE FINALLY TAKE NOTICE** that objections are to be filed in writing with the Clerk of the United States Bankruptcy Court with a copy served upon undersigned counsel, not later than November 26, 2020. If no objections are filed, the Court will determine the

motion on an *ex parte* basis.

Respectfully submitted this 17th day of November 2020.

/s/Stacey Wright Johnson
Stacey Wright Johnson #27331
Attorney for the Louisiana Workforce Commission
1001 North 23rd Street
Baton Rouge, LA 70802
Phone: (225) 831-2592
Swright-johnson@lwc.la.gov