# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-11085 |
| **KENYETTA JARELLE LONG** | § | |
| *Debtor* | § | Chapter 7 |
| | § | Judge Meredith S. Grabill |
| | § | |
| **LOUISIANA WORKFORCE COMMISSION** | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | Adv. No. 20-01052 |
| | § | |
| **KENYETTA JARELLE LONG** | § | |
| *Defendant* | § | |

## ORDER

**HAVING CONSIDERED** the Plaintiff's Unopposed Motion for Status Conference filed by the Plaintiff **[ECF Doc. 9]**;

**IT IS HEREBY ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** that a Status Conference in the above captioned adversary proceeding will be held before the undersigned on **Monday, December 14, 2020 at 10:00 a.m.** The parties shall participate by phone and dial in at 1(888) 684-8852, Access Code: 9318283.

**IT IS FURTHER ORDERED** that the hearing on this matter scheduled for December 16, 2020 at 1:00 p.m. is cancelled.

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, November 19, 2020.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE