UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | BANKRUPTCY NO. |
| **LOUISIANA WORKFORCE COMMISSION** | 20-11085 |
| DEBTOR(S) | CHAPTER 7<br>SECTION "A" |

---

| | |
|---|---|
| **LOUISIANA WORKFORCE COMMISSION** | **ADVERSARY NO.** |
| **PLAINTIFF(S)** | 20-1052 |

VS.

**KENYATTA JERELLE LONG**

**DEFENDANT(S)**

## ORDER SCHEDULING STATUS CONFERENCE

**IT IS ORDERED** that a Telephonic Status Conference in the above-captioned adversary proceeding will be held on **MONDAY, FEBRUARY 22, 2021 AT 10:30 A.M.** The parties shall participate by phone and dial in at 1(888) 684-8852, access code: 9318283.

New Orleans, Louisiana, January 27, 2021.

MEREDITH S. GRABILL
U.S. BANKRUPTCY JUDGE