**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: § | Case No. 20-11085 | |
| **KENYETTA JARELLE LONG** § | | |
| *Debtor* § | Chapter 7 | |
| § | Judge Meredith S. Grabill | |
| § | | |
| **LOUISIANA WORKFORCE COMMISSION** § | | |
| *Plaintiff* § | | |
| § | | |
| VS. § | Adv. No. 20-01052 | |
| § | | |
| **KENYETTA JARELLE LONG** § | | |
| *Defendant* § | | |

**AGREED FINAL JUDGMENT**
**ON COMPLAINT OBJECTING TO DISCHARGEABILTIY OF INDEBTEDNESS**

With regard to the *Complaint Objecting to Dischargeability of Indebtedness* brought on behalf of plaintiff, the Louisiana Workforce Commission, considering the pleadings, the stipulations of the parties, representations and agreement of Stacey Wright-Johnson, attorney for the plaintiff, and Andrea M. Jeanmarie, counsel for defendant, Kenyetta Jerelle Long, as evidenced by their signatures hereto and the applicable law;

The Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Judgment and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that, with regard to the claims of the Louisiana Workforce Commission and the stipulation reached by the parties:

1. The $5,160.25 debt defendant, Kenyetta Jerelle Long, owes the Louisiana Workforce Commission is nondischargeable and therefore, exempt from discharge in bankruptcy under 11 U.S.C. § 523(a)(2)(A).

2. Each party will bear his own costs of these proceedings.

3. In the event of default, the plaintiff is authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Judgment.

4. This Court shall retain jurisdiction over all matters arising from or related to the implementation, interpretation, or enforcement of this Judgment.

**Agreed and consented as to both form and substance:**

*The Louisiana Workforce Commission*

By: /s/ Stacey Wright-Johnson
  Stacey Wright-Johnson, #27331
  1001 North 23rd Street
  Baton Rouge, LA 70804
  Phone: (225) 831-2592
  Fax: (225) 342-7596
  Email: Swright-johnson@lwc.la.gov
*Attorney for the Louisiana Workforce Commission*

*Southeast Louisiana Legal Services*

By: /s/ Andrea M. Jeanmarie
  Andrea M. Jeanmarie #22427
  401 Whitney Avenue, Suite 520
  Gretna, LA 70056
  Phone: (504) 374-0977 Ext. 803
  Fax: (504)374-0991
  Email: ajeanmarie@slls.org
*Attorney for Kenyetta Jerelle Long*

New Orleans, Louisiana, March 22, 2021.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE